# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL SHAFF,<br><br>    Plaintiff,<br><br>    vs.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY AKA FARMERS LIFE INSURANCE, and DOES 1 TO 50, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-03610-JAK-Ex<br><br>**JUDGMENT**<br><br>JS-6 (CASE CLOSED) |

The motion of Defendant Farmers New World Life Insurance Company ("Defendant") for summary judgment, or in the alternative for partial summary judgment, against Plaintiff Isabel Shaff ("Plaintiff") was granted through an order entered on August 5, 2019.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of Defendant and against Plaintiff, that Plaintiff take nothing, that the action be dismissed with prejudice and that Defendant recover its costs.

IT IS SO ORDERED.

Dated: August 22, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE